IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARK QUALMAN and MARSHA QUALMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN STRATEGIC INSURANCE CORP., PROGRESSIVE CASUALTY INSURANCE COMPANY, PROGRESSIVE SPECIALTY INSURANCE COMPANY, and AMELIA CASEY,<br><br>Defendants. | CV 24-146-BLG-SPW<br><br>ORDER |

Upon the Stipulation for Dismissal with Prejudice (Doc. 5) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

DATED this 21st day of February, 2025.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1